UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:20-cv-30089

| | |
|---|---|
| BENJAMIN MADDISON,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| CITY OF NORTHAMPTON,<br>DAVID NAREWICZ, JODY KASPER<br>and DAVID NETTO,<br>    Defendants | )<br>)<br>)<br>) |

**NOTICE OF REMOVAL**

NOW COME the defendants, City of Northampton, David (Narewicz), Jody Kasper and David Netto (collectively, "Petitioners"), by their attorney, and pursuant to 28 U.S.C. § 1441, *et seq.*, and state as follows:

1. The Petitioners exercise their rights under the provisions of 28 U.S.C. § 1441, *et seq.*, to remove this action from the Superior Court of the Department of the Trial Court, Commonwealth of Massachusetts, Hampshire County, in which this case is now pending under the name and style: *Benjamin Maddison v. City of Northampton, David Narewicz, Jody Kasper and David Netto,* Docket No. 2080CV00053.

2. This is an action in which the District Courts of the United States have been given original jurisdiction in that it arises under the laws of the United States as provided in 28 U.S.C. § 1331.

641840

3. Specifically, the plaintiff, Benjamin Maddison, alleges violations of his rights pursuant to an alleged violation of the First Amendment of the United States Constitution.

4. This action was filed on or about May 18, 2020. The complaint was received by the City of Northampton on June 1, 2020; by Jody Kasper on June 1, 2020; by David (Narewicz) on June 1, 2020; and by David Netto on June 1, 2020. In accordance with the requirements of 28 U.S.C. § 1446, this Notice of Removal is filed within thirty (30) days after the receipt of the complaint upon the aforementioned Petitioner.

5. Pursuant to 28 U.S.C. § 1446, the Petitioners are filing contemporaneously with this Notice of Removal copies of the following served upon it in this action (attached hereto as <u>Exhibits A,</u> <u>Exhibit B</u>, <u>Exhibit C,</u> <u>Exhibit D</u>, and <u>Exhibit E</u> respectively):

   A. Summonses;

   B. Civil Action Cover Sheet;

   C. Complaint;

   D. Tracking Order; and

   E. Notice of Address Change.

6. Based on the foregoing, the Petitioners respectfully request that this action be removed from the Superior Court, Department of the Trial Court of Massachusetts, Commonwealth of Massachusetts, Hampshire County, to the United States District Court for the District of Massachusetts, Western Division, the District and Division where the action is pending.

7. Written notice of the filing of this Notice will be given to the adverse party.

8. A copy of this petition will be filed with the clerk of the Superior Court Department, Hampshire County.

641840

WHEREFORE, the Petitioners respectfully request that this action be removed to this Court and that this Court accept jurisdiction of this action and that this action be placed on the docket of this Court for further proceedings, as though this action had originally been instituted in this Court.

        THE DEFENDANTS,
        CITY OF NORTHAMPTON, DAVID (NAREWICZ), JODY KASPER AND DAVID NETTO

Dated: June 18, 2020

        By */s/ Nancy Frankel Pelletier*
        Nancy Frankel Pelletier, Esq., BBO# 544402
          npelletier@robinsondonovan.com
        Jeffrey J. Trapani, Esq., BBO # 661094
          jjt@robinsondonovan.com
        Robinson Donovan, P.C.
        1500 Main Street, Suite 1600
        Springfield, Massachusetts 01115
        Phone (413) 732-2301

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants** on this 18th day of June, 2020.

**
Benjamin Maddison
P.O. Box 442
Hadley, MA  01035
Email: mitiman26@gmail.com

        */s/ Nancy Frankel Pelletier*
        Nancy Frankel Pelletier, Esq.

641840