# EXHIBIT A

6

COMMONWEALTH OF MASSACHUSETTS
HAMPSHIRE, SS:

Superior Court Department of the
Trial Court of the Commonwealth
Civil Action

No. 2080CV00053

Benjamin Maddison, Plaintiff(s)

v.

City of Northampton, Defendant(s)

SUMMONS

HAMPSHIRE SUPERIOR COURT

JUN 4 2020

HARRY JEKANOWSKI, JR.
CLERK/MAGISTRATE

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

To the above-named Defendant:

You are hereby summonsed and required to serve upon plaintiff attorney, whose address is 210 Main Street #12, Northampton MA 01060, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Northampton, either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire at Northampton, the day of                        , in the year of our Lord two thousand

*Harry Jekanowski Jr.*

CLERK-MAGISTRATE

Notes:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. Circle type of action involved. Tort - Motor Vehicle Tort - Contract - Equitable relief.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on                                                              , 20    .
I served a copy of the within summons, together with a copy of the complaint in this action upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4(d) (1-5):


Office of the Sheriff
PO Box 684, Northampton, MA  01061    Telephone (413) 585-0618     Hampshire, ss.

June 1, 2020

I hereby certify and return that on 6/1/2020 at 10:55 AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL TRACKING ORDER AND CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to PAMELA L. POWERS, CITY CLERK, who accepted service on behalf of CITY OF NORTHAMPTON at 210 MAIN STREET, #12 NORTHAMPTON, MA 01060. Fees: **Attest $5.00, Basic Service $30.00, Conveyance $1.50, Copies $2.00 Total $38.50**

Deputy Sheriff BENN POULIOT

4

| COMMONWEALTH OF MASSACHUSETTS | Superior Court Department of the |
| HAMPSHIRE, SS: | Trial Court of the Commonwealth |
| | Civil Action |

No. 2080CV00053

Benjamin Maddison, Plaintiff(s)

v.

Jody Kasper, Defendant(s)

**SUMMONS**

HAMPSHIRE SUPERIOR COURT

JUN 4 2020

HARRY JEKANOWSKI, JR.
CLERK/MAGISTRATE

To the above-named Defendant :

You are hereby summonsed and required to serve upon plaintiff attorney, whose address is 29 Center Street, Northampton MA 01060, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Northampton, either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire at Northampton, the
day of                                 , in the year of our Lord two thousand

*Harry Jekanowski Jr.*

CLERK-MAGISTRATE

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

Notes:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. Circle type of action involved. Tort - Motor Vehicle Tort - Contract - Equitable relief.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20___.
I served a copy of the within summons, together with a copy of the complaint in this action upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4(d) (1-5)):



Office of the Sheriff

PO Box 684, Northampton, MA  01061    Telephone (413) 585-0618    Hampshire, ss.

June 1, 2020

I hereby certify and return that on 6/1/2020 at 9:10 AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL TRACKING ORDER AND CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to OFFICER DZIALO who accepted service for JODY KASPER at NORTHAMPTON POLICE DEPARTMENT 29 CENTER STREET NORTHAMPTON, MA 01060. Fees: Attest $5.00, Basic Service $30.00, Copies $2.00 Total $37.00

Deputy Sheriff JOSEPH LAFOND

6

COMMONWEALTH OF MASSACHUSETTS
HAMPSHIRE, SS:

Superior Court Department of the
Trial Court of the Commonwealth
Civil Action

No. 2080CV00053

Benjamin Maddison, Plaintiff(s)

v.

David Narkewicz, Defendant(s)

SUMMONS

HAMPSHIRE SUPERIOR COURT

JUN 4 2020

HARRY JEKANOWSKI, JR.
CLERK/MAGISTRATE

To the above-named Defendant :

You are hereby summonsed and required to serve upon plaintiff attorney, whose address is 210 Main Street #12, Northampton MA 01060, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Northampton, either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire at Northampton, the
day of                                                      , in the year of our Lord two thousand

*Harry Jekanowski Jr.*

CLERK-MAGISTRATE

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

Notes:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. Circle type of action involved. Tort - Motor Vehicle Tort - Contract - Equitable relief.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on                                                                          , 20    .
I served a copy of the within summons, together with a copy of the complaint in this action upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4(d) (1-5):


Office of the Sheriff

PO Box 684, Northampton, MA 01061    Telephone (413) 585-0618    Hampshire, ss.

June 1, 2020
I hereby certify and return that on 6/1/2020 at 10:55 AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL TRACKING ORDER AND CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to PAMELA L. POWERS, CITY CLERK, who accepted service on behalf of DAVID NARKEWICZ at 210 MAIN STREET, #12 NORTHAMPTON, MA 01060. Fees: **Attest $5.00, Basic Service $30.00, Copies $2.00 Total $37.00**

Deputy Sheriff BENN POULIOT

COMMONWEALTH OF MASSACHUSETTS  
HAMPSHIRE, SS:

Superior Court Department of the  
Trial Court of the Commonwealth  
Civil Action

No. 2080CV00053

Benjamin Maddison, Plaintiff(s)

v.

David Netto, Defendant(s)

SUMMONS

HAMPSHIRE SUPERIOR COURT

JUN 4 2020

HARRY JEKANOWSKI, JR.  
CLERK/MAGISTRATE

To the above-named Defendant:

You are hereby summonsed and required to serve upon plaintiff attorney, whose address is 29 Center Street, Northampton MA 01060, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Northampton, either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire at Northampton, the day of , in the year of our Lord two thousand

*Harry Jekanowski Jr.*

CLERK-MAGISTRATE

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

Notes:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. Circle type of action involved. Tort - Motor Vehicle Tort - Contract - Equitable relief.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20___.
I served a copy of the within summons, together with a copy of the complaint in this action upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4(d) (1-5)):



Office of the Sheriff

PO Box 684, Northampton, MA  01061 · Telephone (413) 585-0618     .Hampshire, ss.

June 1, 2020

I hereby certify and return that on 6/1/2020 at 9:10 AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL TRACKING ORDER AND CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to OFFICER DZIALO who accepted service for OFFICER DAVID NETTO at NORTHAMPTON POLICE DEPARTMENT 29 CENTER STREET NORTHAMPTON, MA 01060. In the service hereof, it was necessary and I actually used a motor vehicle 10 miles. Fees: **Attest $5.00, Basic Service $30.00, Conveyance $1.50, Copies $2.00 Total $38.50**

Deputy Sheriff JOSEPH LAFOND