# EXHIBIT B

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| **PLAINTIFF(S):** Benjamin Maddison <br> **ADDRESS:** 73 Barrett Street, Apartment 5147, Northampton Massachusetts | **DEFENDANT(S):** The City of Northampton, David Narewicz, Jody Kasper, and David Netto | **COUNTY** Hampshire |
| **ATTORNEY:** <br> **ADDRESS:** | **ADDRESS:** 29 Center Street, Northampton Massachusetts 01060 | |
| **BBO:** | | |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| AB1 | AB1 Tortious Action involving Commonwealth, M | A | ☐ YES  ☒ NO |

*If "Other" please describe:

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ............... $
  2. Total doctor expenses ............... $
  3. Total chiropractic expenses ............... $
  4. Total physical therapy expenses ............... $
  5. Total other expenses (describe below) ............... $
     Subtotal (A): $
B. Documented lost wages and compensation to date ............... $ 50,000
C. Documented property damages to dated ............... $
D. Reasonably anticipated future medical and hospital expenses ............... $ 150,000
E. Reasonably anticipated lost wages ............... $ 650,000
F. Other documented items of damages (describe below) ............... $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

TOTAL (A-F): $ 850,000

*HAMPSHIRE SUPERIOR COURT — MAY 18 2020 — HARRY JEKANOWSKI, JR. CLERK/MAGISTRATE*

### CONTRACT CLAIMS
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $

Signature of Attorney/Pro Se Plaintiff: X       Date: 5/20/2020

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X       Date: