# EXHIBIT D

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1- 88) | DOCKET NUMBER<br>2080CV00053 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Maddison, Benjamin vs. Kasper, Chief of Police, City of Northampton, Jody et al | | Harry Jekanowski, Jr., Clerk of Courts |
| TO: File Copy | | COURT NAME & ADDRESS<br>Hampshire County Superior Court<br>15 Gothic Street<br>P.O. Box 1119<br>Northampton, MA 01061 |

## TRACKING ORDER - A - Average

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                                     DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 08/17/2020 | |
| Response to the complaint filed (also see MRCP 12) | | 09/15/2020 | |
| All motions under MRCP 12, 19, and 20 | 09/15/2020 | 10/15/2020 | 11/16/2020 |
| All motions under MRCP 15 | 07/12/2021 | 08/11/2021 | 08/11/2021 |
| All discovery requests and depositions served and non-expert depositions completed | 05/09/2022 | | |
| All motions under MRCP 56 | 06/07/2022 | 07/07/2022 | |
| Final pre-trial conference held and/or firm trial date set | | | 11/04/2022 |
| Case shall be resolved and judgment shall issue by | | | 05/18/2023 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time. **Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.** This case is assigned to

| DATE ISSUED<br>05/18/2020 | ASSISTANT CLERK | PHONE |
|---|---|---|

Date/Time Printed: 05-18-2020 12:21:17                                                        SCV026\ 08/2018