# EXHIBIT E



## Notice Of Address Change

Dear,

    Clerks Office of the Superior Court, Please be aware that due to the harassment and the behavior of the Northampton Police I have moved, the aggressive actions by Officers following me around town since civil action has been filed, I have moved out of the City. Due to the seriousness of these actions by the City any and all responses and court notifications can be forwarded to PO Box 442, Hadley MA 01035.

HAMPSHIRE SUPERIOR COURT

JUN 1 5 2020

HARRY JEKANOWSKI, JR.
CLERK/MAGISTRATE

Benjamin Maddison

860-890-9263

Docket #2080CV00053