UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:20-cv-30089

| | |
|---|---|
| BENJAMIN MADDISON,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| CITY OF NORTHAMPTON,<br>DAVID NAREWICZ, JODY KASPER<br>and DAVID NETTO,<br>    Defendants | )<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

Please enter my appearance as attorney for the following Defendants in the above-captioned matter: CITY OF NORTHAMPTON, DAVID NAREWICZ, JODY KASPER AND DAVID NETTO.

                        Respectfully submitted,

                        THE DEFENDANTS,
                        CITY OF NORTHAMPTON, DAVID NAREWICZ, JODY KASPER AND DAVID NETTO

Dated: June 18, 2020

                        By *s/ Jeffrey J. Trapani*
                        Jeffrey J. Trapani, Esq., BBO # 661094
                            jtrapani@robinsondonovan.com
                            Direct Fax (413) 452-0389
                        Robinson Donovan, P.C.
                        1500 Main Street, Suite 1600
                        Springfield, Massachusetts 01115
                        Phone (413) 732-2301

642012

## CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants** on this 18th day of June, 2020.

**
Benjamin Maddison
P.O. Box 442
Hadley, MA  01035
Email: mitiman26@gmail.com

                                              */s/ Jeffrey J. Trapani*
                                              Jeffrey J. Trapani, Esq.

642012