UNITED STATES FEDERAL COURT
WESTERN DIVISION
HAMPDEN COUNTY

Docket No.: CV-30089-MGM

| |
|---|
| BENJAMIN MADDISON,<br>Plaintiff,<br><br>v.<br><br>DAVID NETTO<br>ROBERT POWERS<br>ALAN BOROWSKI,<br><br>**Defendant** |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Benjamin Maddison ("Plaintiff" or "Mr. Maddison") is seeking this court to grant a motion for summary judgment regarding the claims for US 1942 Violation of the First Amendment, Defamation, and Emotional Distress, against David Netto and Robert Powers.

SUPPORTING FACTS:

1. Plaintiff, Benjamin Maddison filed this action against David Netto in June of 2020 on April 28th 2021 this court granted a motion to Amend the complaint under Rule 15 of the Federal Rules of Civil Procedure on April 28th 2021 that motion was granted and Robert Powers and Alan Borowski.
2. Upon filing the Amended complaint Jefferey Trapani acting attorney for David Netto and Robert Powers filed A motion to dismiss and cited the ongoing Citations issued that were pending in the Northampton District Court
3. On February 14th 2022, Plaintiff was present at the Northampton District Court wand was handed by the Clerk's Office 3 "Not Responsible" findings before Judge Mckenna of the Northampton District Court for all 3 citations that were held on December 20th 2021 issued by Defendant David Netto, Officer Timothy Zantronski, and Officer Brett Wilson please see Exhibit A attached.

4. Plaintiff would move this court to grant summary judgment in the amount of $566,66 in damages from the Defendants Netto and Powers that places Plaintiff under undue stress and burden during the Covid-19 Pandemic.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

    A. Order Powers and Netto, to make Plaintiff whole on loss of A vehicle, Drivers License, Insurance increases over the last 2 years, fees to reinstate Plaintiff's License that were paid to the RMV, and Lawyers fees to fight the suspension and the citations, caused at their negligence, lack of knowledge of the law, and blatant perjury in the Northampton District Court.

    B. Award Plaintiff his costs and disbursements of this request, including, without limitation, reasonable attorneys', accountants' and experts' fees and such interest as may be allowed by law; and

    C. Grant Plaintiff such other and further relief as the Court may deem just and proper.

2/14/22

By Himself,

*[signature]*

Benjamin Maddison Hadley MA 01035

E-mail: mitiman26@gmail.com

Tel: 860-890-9263