# EXHIBIT A

| JUDGMENT ON DENOVO APPEAL FOR CIVIL MOTOR VEHICLE INFRACTION ORIGINAL | DOCKET NUMBER 2045MV000144 | Trial Court of Massachusetts District Court Department |
|---|---|---|

**NAME AND ADDRESS OF ACCUSED VIOLATOR**

Benjamin A Maddison

*Atty Kelly Broadbent*

**COURT NAME & ADDRESS**

Northampton District Court
15 Gothic Street
Northampton, MA 01060
(413)584-7400

| DATE OF OFFENSE | CRASH (Y/N) | | DATE &TIME HEARING SCHEDULED |
|---|---|---|---|
| 02/20/2020 | No | | Rescheduled Judge's Hearing |

| LICENSE NO. | STATE | LOCATION OF OFFENSE | 12/20/2021 | 02:00 PM |
|---|---|---|---|---|
| | | Northampton | | |

| REGISTRATION NO. | STATE | CITING POLICE DEPARTMENT | JUDGE CONDUCTING DENOVO APPEAL |
|---|---|---|---|
| | | Northampton PD | |

| CITING OFFICER ID | CITING OFFICER NAME | X IF APPLICABLE |
|---|---|---|
| 126 | | ☐ VIOLATOR FAILED TO APPEAR |

| SPEED | NO. OF COUNTS | ☐ VIOLATOR WAIVED HEARING |
|---|---|---|
| MPH IN A     MPH ZONE | 1 | |

| VIOLATION CODE CITATION NO. | VIOLATION DESCRIPTION | ASSESSMENT AMOUNT | JUDGMENT DATE | JUDGMENT R | JUDGMENT NR | AMOUNT ORDERED |
|---|---|---|---|---|---|---|
| 90/9D T2057047 | WINDOW OBSTRUCTED/NONTRANSPARENT * c90 §9D | 255.00 | 12 20 21 | | X | 0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | TOTAL DUE ON CITATION: | 0.00 | TOTAL DUE AFTER HEARING | 0.00 |
|---|---|---|---|---|

## TO THE ACCUSED VIOLATOR NAMED ABOVE:

The judgment indicated above has been entered on the denovo appeal from the magistrate's decision you requested concerning the civil motor vehicle infraction(s) for which you were cited. An "R" judgment means that your were found responsible for having commited that infraction. An "NR" judgment means that you were found not responsible for that infraction.

If you have been found responsible for any infraction, you are required to pay the "Amount Ordered" indicated above. You must send your check or money order for the "TOTAL DUE AFTER DENOVO APPEAL" amount indicated above (payable to MASSDOT) and mail it with a copy of this form to: Citation Processing Center, PO Box 55890, Boston, MA 02205-5890.

This form and your check must be received by the Registry of Motor Vehicles WITHIN 20 DAYS from the judgment date indicated above unless an alternate due date was ordered by the court and shows in the box below. If you fail to pay the total amount due on time, your driver's license will be suspended until you pay the total amount due plus substantial late fees to the Registry of Motor Vehicles.

| | ALTERNATE DUE DATE | |
|---|---|---|
| TAPE/CD NUMBERS: | | |

| JUDGMENT ON DENOVO APPEAL FOR CIVIL MOTOR VEHICLE INFRACTION ORIGINAL | DOCKET NUMBER 2045MV000075 | Trial Court of Massachusetts District Court Department |
|---|---|---|

NAME AND ADDRESS OF ACCUSED VIOLATOR

Benjamin A Maddison

*Atty Katy Broadbent*

COURT NAME & ADDRESS

Northampton District Court
15 Gothic Street
Northampton, MA 01060
(413) 584-7400

| DATE OF OFFENSE 01/12/2020 | CRASH (Y/N) No | LOCATION OF OFFENSE Northampton | DATE & TIME HEARING SCHEDULED |
|---|---|---|---|
| LICENSE NO. | | CITING POLICE DEPARTMENT Northampton PD | Rescheduled Judge's Hearing 12/20/2021    02:00 PM |
| REGISTRATION NO. | | CITING OFFICER NAME | JUDGE CONDUCTING DENOVO APPEAL |
| CITING OFFICER ID 245 | | | |
| SPEED 50    MPH IN A    25    MPH ZONE | NO. OF COUNTS 1 | VIOLATOR FAILED TO APPEAR ☐ | "X" IF APPLICABLE |
| | | VIOLATOR WAIVED HEARING ☐ | |

| VIOLATION CODE | VIOLATION DESCRIPTION | ASSESSMENT AMOUNT | JUDGMENT DATE | JUDGMENT R   NR | AMOUNT ORDERED |
|---|---|---|---|---|---|
| 90/17A T2265966 | SPEEDING RATE OF SPEED EXCEEDING POSTED LIMIT c90 §17 | 255.00 | 12/20/21 | X | : 0.00 |
| | | | | | |
| | | | | | |
| | | TOTAL DUE ON CITATION: | 255.00 | TOTAL DUE AFTER HEARING | 0.00 |

### TO THE ACCUSED VIOLATOR NAMED ABOVE:

The judgment indicated above has been entered on the denovo appeal from the magistrate's decision you requested concerning the civil motor vehicle infraction(s) for which you were cited. An "R" judgment means that your were found responsible for having committed that infraction. An "NR" judgment means that you were found not responsible for that infraction.

If you have been found responsible for any infraction, you are required to pay the the "Amount Ordered" indicated above. You must send your check or money order for the "TOTAL DUE AFTER APPEAL" amount indicated above (payable to MASSDOT) and mail it with a copy of this form to:  Citation Processing Center, PO Box 55890, Boston, MA 02205-5890.

This form and your check must be received by the Registry of Motor Vehicles WITHIN 20 DAYS from the judgment date indicated above unless an alternate due date was ordered by the court and shows in the box below. If you fail to pay the total amount due on time, your driver's license will be suspended until you pay the total amount due plus substantial late fees to the Registry of Motor Vehicles.

| ALTERNATE DUE DATE |
|---|

TAPE/CD NUMBERS:

| JUDGMENT ON DENOVO APPEAL FOR CIVIL MOTOR VEHICLE INFRACTION<br>ORIGINAL | DOCKET NUMBER<br>2045MV000145 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

**NAME AND ADDRESS OF ACCUSED VIOLATOR**

Benjamin A Maddison

*Atty Kelly Broadbent*

**COURT NAME & ADDRESS**

Northampton District Court
15 Gothic Street
Northampton, MA 01060
(413)584-7400

| DATE OF OFFENSE<br>02/27/2020 | CRASH (Y/N)<br>No | | DATE &TIME HEARING SCHEDULED<br>Rescheduled Judge's Hearing |
|---|---|---|---|

| LICENSE NO. | STATE | LOCATION OF OFFENSE<br>Northampton | 12/20/2021      02:00 PM |
|---|---|---|---|

| REGISTRATION NO. | STATE | CITING POLICE DEPARTMENT<br>Northampton PD | JUDGE CONDUCTING DENOVO APPEAL |
|---|---|---|---|

| CITING OFFICER ID<br>288 | CITING OFFICER NAME | "X" IF APPLICABLE |
|---|---|---|

☐ VIOLATOR FAILED TO APPEAR

| SPEED | MPH IN A    MPH ZONE | NO. OF COUNTS<br>1 | ☐ VIOLATOR WAIVED HEARING |
|---|---|---|---|

| VIOLATION CODE<br>CITATION NO. | VIOLATION DESCRIPTION | ASSESSMENT AMOUNT | JUDGMENT DATE | JUDGMENT R | JUDGMENT NR | AMOUNT ORDERED |
|---|---|---|---|---|---|---|
| 90/16<br>T2266213 | OPERATION OF MOTOR VEHICLE, IMPROPER * c90 §16 | 55.00 | 12/20/21 | | X | 0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | **TOTAL DUE ON CITATION:** | 55.00 | **TOTAL DUE AFTER HEARING** | | | 0.00 |

## TO THE ACCUSED VIOLATOR NAMED ABOVE:

The judgment indicated above has been entered on the denovo appeal from the magistrate's decision you requested concerning the civil motor vehicle infraction(s) for which you were cited. An "R" judgment means that your were found responsible for having commited that infraction. An "NR" judgment means that you were found not responsible for that infraction.

If you have been found responsible for any infraction, you are required to pay the "Amount Ordered" indicated above. You must send your check or money order for the "TOTAL DUE AFTER DENOVO APPEAL" amount indicated above (payable to MASSDOT) and mail it with a copy of this form to: Citation Processing Center, PO Box 55890, Boston, MA 02205-5890.

This form and your check must be received by the Registry of Motor Vehicles WITHIN 20 DAYS from the judgment date indicated above unless an alternate due date was ordered by the court and shows in the box below. If you fail to pay the total amount due on time, your driver's license will be suspended until you pay the total amount due plus substantial late fees to the Registry of Motor Vehicles.

| ALTERNATE DUE DATE | |
|---|---|

TAPE/CD NUMBERS: